UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bruce Justin Partridge,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>State of Minnesota Beltrami County, Beltrami County, City of Bemidji, Beltrami County Sheriff Department, Beltrami County Attorney Office, Jonothan G. Melby, Ernie Bietal, David Hansen, Symon Schendler-Soen, Riley Irish, Beltrami County Public Defender Office, Henry C. Amblang, Annie Claesson-Huseby, Beltrami County District Nine Judicial Court, Jonathan Beyer, State of Minnesota, Dawn-Marie Eckdah, Tyler Annette, Kayla Littler, Anderson Jones, Leech Lake Band of Ojibwe Reservation, Faron Jackson, Earl Robinson, Anderson Lee, Bemidji Police Department, Mike Frees, Zachary Ruport, Neal Warren, Tyler Schlattman, Matt Bliss, Calandra Allen and Audry Thayerward,<br><br>　　　　　　　Defendants. | Case No. 22-cv-2167 (WMW/ECW)<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is the October 11, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright.  (Dkt. 6.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

1

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The October 11, 2022 Report and Recommendation, (Dkt. 6), is **ADOPTED**.

2. This matter is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff Bruce Justin Partridge's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 10, 2023                     s/Wilhelmina M. Wright
                                                                                   Wilhelmina M. Wright
                                                                                   United States District Judge